Rose Licciardi, Respondent, *v.* Importers and Exporters Insurance Company of New York, Appellant.

(Submitted March 24, 1932; decided April 26, 1932.)

*William L. Clay* for appellant.
*Arthur V. D. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Pound, Ch. J., Crane, Lehman, O'Brien and Hubbs, JJ. Not sitting: Kellogg and Crouch, JJ.